**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-2368**

SECURITIES & EXCHANGE COMMISSION,

Plaintiff - Appellee,

versus

DANIEL O. TEYIBO,

Defendant - Appellant,

and

JFM GOVERNMENT SECURITIES, INC.,

Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-92-
3614-L)

Submitted:  February 27, 1997        Decided:  March 10, 1997

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel O. Teyibo, Appellant Pro Se.  Susan Koplovitz Straus, SE-
CURITIES & EXCHANGE COMMISSION, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Teyibo appeals the district court's order denying his motion for reconsideration of an order denying a previous motion for reconsideration of a permanent injunction entered against him in 1994. We have reviewed the record and, because Teyibo failed to establish his right to relief under Fed. R. Civ. P. 60(b), we find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3